UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-25436-KMW

JUAN CARLOS REINA-VALENCIA,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 14) ("Report") regarding Petitioner's motion to vacate pursuant to 28 U.S.C. § 2254. No objections to the Report were filed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 14) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED**.
3. No certificate of appealability shall issue.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>14th</u> day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Juan Carlos Reina-Valencia
14952-104
McRae
Correctional Institution
Inmate Mail/Parcels
Post Office Drawer 55030
McRae Helena, GA 31055